UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DIANE VOIGT** | **CASE NO.  3:23-CV-00286** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LUMEN TECHNOLOGIES INC ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 88] having been considered, together with the written objections [Doc. No. 90] and response to objection [Doc. No. 91] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' motion to dismiss for failure to state a claim upon which relief can be granted [Doc. No. 59] is **GRANTED**, and that Plaintiffs' claims against all Defendants are hereby **DISMISSED WITH PREJUDICE,** in their entirety.  FED. R. CIV. P. 12(b)(6).

MONROE, Louisiana, this 30th day of October 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE